THE MONTGOMERY NATIONAL BANK, ETC.

v.

DEANNE M. STIFF.

May 14, 1986.

Petition for certification denied.

DANNY MARGARITONDO v. STAUFFER CHEMICAL COMPANY.

May 20, 1986.

Petition for certification is granted and the matter is summarily remanded to the Appellate Division for reconsideration in light of *Saunderlin v. E.I. DuPont, Co.,* 102 *N.J.* 402 (1986).

Jurisdiction is not retained.